UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-162-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO DISMISS |
| v. | ) | ARREST WARRANT |
| | ) | |
| TIVORIS MONTREL CUTLER | ) | |

This mater is before the Court on the Government's Motion to Dismiss the Arrest Warrant in the above-referenced case due to the defendant being recently sentenced to the Bureau of Prison's custody for the next three years, and a writ, instead of an arrest warrant, will ensure the defendant's appearance for court hearings. Upon good cause shown, the motion is GRANTED.

SO ORDERED, this the 16th day of June, 2011.

James C. Fox
JAMES C. FOX
Senior United States District Judge